UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


Danielle Mary Duguay

    v.                                    Case No. 26-cv-155-SM

RBS Citizens – CCO Mortgage et al


ORDER

After due consideration of the objections filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated April 27, 2026, for the reasons set forth therein.

The clerk of court shall enter judgment and close the case.

So Ordered.

_____
Steven J. McAuliffe
United States District Judge

Date: May 26, 2026

cc:  Danielle Mary Duguay, pro se